UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

STUART D. GAVZY, ESQUIRE
8171 E Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax: 480-452-1665
Attorneys for Debtor,

In Re:

Hernan and Maria Ahumada

Order Filed on October 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    __16-14858 VFP__

Chapter:    __13__

Judge:    __VFP__

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2016**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 21, 2016_____ :

Property:       43 Doremus Street, Paterson, NJ

Creditor:       MidFirst

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 31, 2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2