| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>STUART D. GAVZY, ESQUIRE<br>8171 E Del Barquero Drive<br>Scottsdale, AZ 85258<br>973-256-6080<br>Fax: 480-452-1665<br>Attorneys for Debtor, | **Order Filed on October 17, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Hernan and Maria Ahumada | Case No.:    16-14858 VFP<br><br>Chapter:    13<br><br>Judge:    VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 21, 2016_____ :

Property:    43 Doremus Street, Paterson, NJ

Creditor:    MidFirst

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtors_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 31, 2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Hernan Ahumada  
Maria Ahumada  
    Debtors

Case No. 16-14858-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 17, 2016  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.  
db/jdb        +Hernan Ahumada,    Maria Ahumada,    43 Doremus Street,    Paterson, NJ 07522-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:  
            Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Stuart D. Gavzy    on behalf of Joint Debtor Maria  Ahumada stuart@gavzylaw.com,  
             lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
            Stuart D. Gavzy    on behalf of Debtor Hernan  Ahumada stuart@gavzylaw.com,  
             lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
                                                                                                         TOTAL: 4