| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank |
| In Re:<br><br>Hernan Ahumada & Maria Ahumada,<br><br>Debtor. |

**Order Filed on October 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  16-14858-VFP
Adv. No.:
Hearing Date:  10/20/16 @10:00 a.m.

Judge:  Vincent F. Papalia

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 26, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:       Hernan Ahumada & Maria Ahumada
Case No.:    16-14858-VFP
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property located at 43 Doremus Street, Paterson, NJ 07522, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stuart Gavzy, Esquire, attorney for Debtors, Hernan Ahumada and Maria Ahumada, and for good cause having been shown;

  It **ORDERED, ADJUDGED and DECREED** that Debtors shall make post-petition payments directly to Secured Creditor outside of the plan in accordance with the terms of the Court's loss mitigation order;

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that in the event loss mitigation is unsuccessful, Debtors are responsible for the difference between the loss mitigation payment and the regular payment for the months this loan was in the loss mitigation program; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to obtain a loan modification by December 31, 2016 or file a modified plan to treat Secured Creditor's claim; and

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's proof of claim while Debtors are seeking a loan modification;

  It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-14858-VFP
Hernan Ahumada                                                                  Chapter 13
Maria Ahumada
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Oct 26, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db/jdb         +Hernan Ahumada,    Maria Ahumada,   43 Doremus Street,    Paterson, NJ 07522-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Stuart D. Gavzy    on behalf of Joint Debtor Maria  Ahumada stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
              Stuart D. Gavzy    on behalf of Debtor Hernan  Ahumada stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                             TOTAL: 4