UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

STUART D. GAVZY, ESQUIRE
8171 E Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax: 480-452-1665
Attorneys for Debtor,

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hernan and Maria Ahumada

Case No.:     16-14858 VFP

Chapter:     13

Judge:     VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 21, 2016_____ :

Property:     43 Doremus Street, Paterson, NJ

Creditor:     MidFirst

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____July 30, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2