**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Hernan Ahumada and Maria Ahumada

Case No.: 16-14858

Hearing Date: 9/21/2017 @ 11:00 AM

Chapter: 13

Judge: Vincent F. Papalia

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Reason for Hearing:** In Opposition to Certification of Default of Standing Trustee, filed by Debtor

**Location of Hearing:** Courtroom No. 3B
MLK Jr. Federal Building
50 Walnut Street, 3er floor
Newark, NJ 07102

**Date and Time:** 9/21/2017 at 11:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 8/16/2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Mariela D. Primo
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 16, 2017 this notice was served on the following: Debtors, Debtor's Attorney, Chapter 13 Trustee and US Trustee Office.

JEANNE A. NAUGHTON, Clerk

By: /s/ Mariela D. Primo
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Hernan Ahumada  
Maria Ahumada  
      Debtors

Case No. 16-14858-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2017  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.  
db/jdb        +Hernan Ahumada,    Maria Ahumada,    43 Doremus Street,    Paterson, NJ 07522-1945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/PDF: rmscedi@recoverycorp.com Aug 16 2017 23:20:41  
         Orion c/o Recovery Management Systems Corporation,    Ramesh Singh,    25 SE 2nd Avenue,  
         Suite 1120,    Miami, FL    33131-1605  
                                                                                                                TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Stuart D. Gavzy    on behalf of Joint Debtor Maria    Ahumada stuart@gavzylaw.com,  
           lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
          Stuart D. Gavzy    on behalf of Debtor Hernan    Ahumada stuart@gavzylaw.com,  
           lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com  
                                                                                                                TOTAL: 4