Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−14858−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hernan Ahumada                            Maria Ahumada
   43 Doremus Street                         43 Doremus Street
   Paterson, NJ 07522                       Paterson, NJ 07522

Social Security No.:
   xxx−xx−2944                                 xxx−xx−9414

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on September 27, 2017.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2017
JAN: rah

                                                                            Jeanne Naughton
                                                                            Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 16-14858-VFP
Hernan Ahumada                                                   Chapter 13
Maria Ahumada
          Debtors                CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 1                  Date Rcvd: Sep 28, 2017
                              Form ID: 148                 Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db/jdb         +Hernan Ahumada,    Maria Ahumada,    43 Doremus Street,    Paterson, NJ 07522-1945
516058631      +MVP Home Solutions,    101 Eisenhower Pkwy.,    Roseland, NJ 07068-1054
516125944      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516058632       Tax Assessor,    City Of Paterson,    City Hall,   Paterson, NJ 07505
516085274      +US Dept. of HUD,    451 7th St. SW,    Washington, DC 20410-0001
516058633      +Wayne Cardiology, LLC,    87 Essex Street,    Hackensack, NJ 07601-4001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: RECOVERYCORP.COM Sep 28 2017 22:28:00
                 Orion c/o Recovery Management Systems Corporation,     Ramesh Singh,    25 SE 2nd Avenue,
                 Suite 1120,    Miami, FL   33131-1605
516080391       EDI: GMACFS.COM Sep 28 2017 22:28:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516058629      +EDI: GMACFS.COM Sep 28 2017 22:28:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
516081578       EDI: RECOVERYCORP.COM Sep 28 2017 22:28:00      Orion,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                                TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516058630       Midfirst Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Stuart D. Gavzy    on behalf of Joint Debtor Maria  Ahumada stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
              Stuart D. Gavzy    on behalf of Debtor Hernan  Ahumada stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                             TOTAL: 4
```